UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>7655 CLAIRMONT MESA INC. doing business as "ZION MARKET" (1),<br>TIMOTHY MOON (2),<br><br>Defendants. | Case No. __20cr3948-MSB__<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Sec. 1324a(a)(2) – Employing Illegal Aliens (misdemeanor); and Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
|---|---|

The United States Attorney charges:

Counts 1-5

Counts 1-5 – Employing Illegal Aliens

Beginning at a date unknown, but no later than on or about the dates specified below, and continuing through on or about the dates specified below, in the Southern District of California, the defendants, ZION MARKET INC. and TIMOTHY MOON, after knowingly hiring each unauthorized alien identified below for employment in the United States, did knowingly continue to employ the alien, knowing the alien was then an unauthorized alien, as defined in 8 U.S.C. § 1324a(h)(3), with respect to such employment, and as part of a pattern and practice, all in violation of Title 8, United States Code, Sections 1324a(a)(2) and 1324a(f)(1), a misdemeanor and Title 18, United States Code, Section 2:

| Count | Name of Alien | Dates of Employment |
|---|---|---|
| 1. | Luis Flores | 1/10/2003 to 2/13/2019 |
| 2. | Rigoberto Duran | 10/16/2013 to 2/13/2019 |
| 3. | Victor Coba-Alvarez | 8/31/2007 to 2/13/2019 |
| 4. | Rafael Vera-Lopez | 1/25/2010 to 2/13/2019 |

SW:kst:San Diego
4/05/19

|   |   |   |
|---|---|---|
| 5. | Miriam Alvarez | 6/11/2013 to 7/1/2018 |

DATED: <u>December 17, 2020</u>.

                                                ROBERT S. BREWER, JR.
                                                United States Attorney

*Stephen H. Wong*
STEPHEN H. WONG
Assistant U.S. Attorney

2