JOHN C. LEMON
California Bar No.175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California 92101
(619) 794-0423
john@jcl-lawoffice.com

Attorney for Mr. Moon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MICHAEL S. BERG)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIM MOON,<br><br>Defendant. | Case No. 20cr3948-MSB<br><br>WAIVER OF APPEARANCE |

Consistent with Fed. R. Crim. P. 43(b)(2), I, Tim Moon, consent to appear for all purposes (including arraignment, plea, and sentencing) by video teleconferencing in the above-captioned case.

DATED: 12/16/20

_____
TIM MOON