# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY MOON,<br><br>　　　　Defendant. | Case No.: 20cr3948-MSB-2<br><br>ORDER REGARDING DEFENDANT'S PREJUDGMENT FINE PAYMENTS |

IT IS HEREBY ORDERED:

Pursuant to the plea agreement, Defendant has agreed to pay a fine in the amount of $5,000.00. The Clerk of Court shall accept any prejudgment payments made by or on behalf of Defendant for the above fine.

DATED: 12/21/2020

HON. MICHAEL S. BERG
United States Magistrate Judge